1  ROBERT P. HENK    (147490)
2  SHERI L. LEONARD  (173544)
   **HENKLEONARD**
3  **A Professional Law Corporation**
4  735 Sunrise Avenue, Suite 160
   Roseville, CA 95661
5  Telephone:    (916) 787-4544
   Fax:          (916) 787-4530
6

7  Attorneys for Plaintiff
   **JANET WHITTIER**
8

9  DEBORAH J. BROYLES      (167681)
   DEBORAH R. SCHWARTZ  (208934)
10 **THELEN REID BROWN RAYSMAN & STEINER LLP**
   101 Second Street, Suite 1800
11 San Francisco, CA 94105
12 Telephone: (415) 371-1200
   Fax:       (415) 371-1211
13

14 Attorneys for Defendant,
   **KAISER FOUNDATION HOSPITALS**
15

16                THE UNITED STATES DISTRICT COURT

17                  EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| **JANET WHITTIER** | **CASE NO.:  06-CV-02693 FCD GGH** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS, CURRENTLY SCHEDULED FOR HEARING ON JANUARY 12, 2007, TO JANUARY 26, 2007** |
| vs. | |
| **KAISER FOUNDATION HOSPITALS,** and **DOES 1 through 5**, inclusive, | |
| Defendant. | |

26      The parties, by and through their undersigned attorneys of record, hereby agree and

27 respectfully request to continue the hearing on Defendant's Motion to Dismiss, currently set for

28 January 12, 2007, at 10:00 a.m., in Courtroom 2, to January 26, 2007 to 10:00 a.m., in

29 Courtroom 2.

Stipulation and Order to Continue Motion to Dismiss

1

There is good cause for this request. Plaintiff Janet Whittier, is represented by two attorneys, Sheri L. Leonard and Robert P. Henk of the law firm of HENK LEONARD. No other attorneys are employed at Plaintiff's counsel's firm. Due to other events previously scheduled on the current motion date of January 12, 2007, Sheri L. Leonard will be out of town and Robert P. Henk will be at a Mandatory Settlement Conference at the Placer County Superior Court, such that neither attorney will be able to go to the Motion to Dismiss that is currently scheduled for January 12, 2007.

Based on the above, the Parties have stipulated to moving the Motion to Dismiss to January 26, 2007 at 10:00 a.m., in Courtroom 2.

Dated: January 2, 2007     **HENKLEONARD**
**A Professional Law Corporation**


/s/SHERI L. LEONARD _____
**ROBERT P. HENK**
**SHERI L. LEONARD**
Attorneys for Plaintiff,
**JANET WHITTIER**


Dated: January 2, 2007     **THELEN REID BROWN RAYSMAN & STEINER**


/s/DEBORAH R. SCHWARTZ(as authorized on 12/29/06)
**DEBORAH J. BROYLES**
**DEBORAH R. SCHWARTZ**
Attorneys for Defendant,
**KAISER FOUNDATION HOSPITALS**

   **IT IS SO ORDERED.**


January 3, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Motion to Dismiss

2